DIANA L. WEISS (SBN 121150)
Attorney At Law
1563 Solano Avenue Suite 223
Berkeley, CA 94707
dianaweiss@sbcglobal.net
Telephone: (510) 847-1012
Facsimile: (510) 525-1321

Attorney for Defendant
ISMAEL AXTLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No: CR11-00836 SBA |
| ) Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING TO MAY 22, 2012 |
| Vs. ) | |
| ISMAEL AXTLE ) Defendant ) | |

A status conference is scheduled in the above-entitled matter for May 1, 2012. This will be defendant Axtle's first appearance in the District Court. The government has produced voluminous discovery in the matter and defense counsel is in the process of reviewing these materials. Based on defense counsel initial inventory of the materials thus provided, additional materials have been requested from the government.

Therefore, the parties jointly request and Stipulate that the status conference presently scheduled for May 1, 2012 be continued to May 22, 2012, to give the defense an opportunity to review the materials already provided as well as additional materials it anticipates receiving from the government.

The parties further stipulate and agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for

effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the parties agree that the period of time from May 1, 2012 until May 22, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

SO STIPULATED.

| /S/ | /S/ |
|---|---|
| BRIGID MARTIN | DIANA L. WEISS |
| Assistant United States Attorney | Attorney for Ismael Axtle |

[~~PROPOSED~~] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 1, 2012, and May 22, 2012, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court further finds that the ends of justice served by excluding the time between May 1, 2012, and May 22, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between May 1, 2012, and May 22, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The status conference scheduled for May 1, 2012 is CONTINUED to May 22, 2012 at 10:00 a.m.

///

///

1 | IT IS SO ORDERED.

Dated: 4-24-12

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge