MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3697
   Facsimile: (510) 637-3724
   E-Mail: brigid.martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0836-2 SBA |
| v. | STIPULATED REQUEST TO SET STATUS HEARING ON NOVEMBER 20, 2012, AND ORDER |
| ISMAEL AXTLE, | |
| Defendant. | |

The United States, by Assistant U.S. Attorney Brigid Martin, and the defendant, Ismael Axtle, through Erick Guzman, counsel of record, hereby move this Court to set a status hearing before the Honorable Donna M. Ryu, at 9:30 a.m. on November 20, 2012.

On October 2, 2012, the defendant filed a discovery motion. The parties have since been able to resolve the outstanding disputes. On November 7, 2012, the defendant filed a motion to withdraw his motion. Accordingly, the parties ask the Court to set the matter for a status hearing on November 20, 2012, at 9:30 a.m.

The parties further stipulate and request an exclusion of time under the Speedy Trial Act

STIP. AND ORDER
CR 11-0836-2 SBA

between November 7, 2012, the date defendant moved to withdraw his motion, and November 20, 2012. The defendant agrees that time is appropriately excluded under the Speedy Trial Act between November 7, 2012, and November 20, 2012, for effective preparation of defense counsel while the defense conducts case investigation and necessary legal research related to substantive motions filing. 18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully submitted,

Date: November 13, 2012        /s/ Brigid S. Martin
                               Brigid S. Martin
                               Assistant United States Attorney

Date: November 13, 2012        /s/ Erick Guzman
                               Erick Guzman
                               Counsel for Ismael Axtle

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ISMAEL AXTLE,<br><br>Defendant. | No. CR 11-0836-2 SBA<br><br>ORDER SETTING HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties jointly requested that this matter be set for a status hearing on November 20, 2012, at 9:30 a.m. The parties further requested that time be excluded under the Speedy Trial Act between November 7 and November 20, 2012, to allow the defense time to investigate the case and research substantive motions.

**IT IS HEREBY ORDERED** that this matter shall be set for a status hearing on November 20, 2012, at 9:30 a.m.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between November 7 and November 20, 2012, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the

STIP. AND ORDER
CR 11-0836-2 SBA

exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between November 7 and November 20, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, **IT IS FURTHER ORDERED** that the time between November 7 and November 20, 2012, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  11/14/12

HON. DONNA M. RYU
United States Magistrate Judge