Michael Thorman, State Bar No. 63008
Bonjour, Thorman, Baray & Billingsley
24301 Southland Dr., Suite 312
Hayward, CA 94545
Tel: (510) 785-8400
Fax: (510) 670-0955
michael@btbandb.com

Attorneys for defendant Patrick Fiammetta-McConnell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.:   CR 11-00836-1 SBA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| vs. | |
| PATRICK FIAMMETTA-MCCONNELL, | |
| Defendant. | |

The above-referenced matter is set for acceptance of plea and sentencing on May 20, 2013 at 9:00 a.m. Defense counsel learned on May 13 that a felony trial in the Superior Court for Solano county, which was expected to be postponed, is scheduled to being on May 20 at 9:00 a.m. in Fairfield, California. Based thereon, the parties stipulate and agree that the acceptance of plea and sentencing in this matter may be continued to Tuesday, June 18, 2013 at 9:00 a.m.

IT IS SO STIPULATED.

///

///

///

1 | Dated:  May 15, 2013                                                  /s/
                                                                   Michael Thorman

4 | Dated: May 15, 2013                                                   /s/
                                                                   Brigid S. Martin, AUSA

[PROPOSED] ORDER

Pursuant to stipulation of the parties and GOOD CAUSE APPEARING,

The sentencing hearing scheduled for May 20, 2013 at 9:00 a.m. is hereby continued to June 18, 2013 at 9:00 a.m before Judge Armstrong.

IT IS SO ORDERED.

Dated: 5/17/13                                        _/s/ Saundra B. Armstrong_
                                            HONORABLE SAUNDRA B. ARMSTRONG,
                                            U.S. DISTRICT JUDGE

2